C. D. Jackson & Co., Inc., Appellant and Respondent, v. Traitel Marble Company, Respondent and Appellant, Impleaded with Others.

Argued January 18, 1937; decided April 20, 1937.

*Hugh A. Fulton* and *Thomas T. Cooke* for plaintiff, appellant and respondent.

*Harry Baum* and *Isaac Lande* for defendant, respondent and appellant.

Judgment affirmed, without costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.